**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MARY E. EDWARDS**                                                                                       **PLAINTIFF**

**V.**                                          **4:06CV00746-WRW**

**ARKANSAS DEPARTMENT OF
CORRECTIONS, NORTH CENTRAL
UNIT**                                                                                                        **DEFENDANT**

## ORDER

The Joint Motion to Dismiss the Complaint (Doc. No. 36) based on settlement is GRANTED. Accordingly, this case is DISMISSED with prejudice and all pending motions are DENIED as MOOT.

IT IS SO ORDERED this 31st day of May, 2007.


                                        /s/Wm. R. Wilson, Jr.
                               UNITED STATES DISTRICT JUDGE